1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERCE PERRY,

11            Plaintiff,                        No. CIV S-06-2070 WBS DAD P

12        vs.

13   CRIMINAL RESPONSE TEAM, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff is a pretrial detainee confined in the Solano County Jail.  Plaintiff has

17   requested a lengthy extension of time to comply with the court's November 20, 2006 order

18   requiring him to (1) pay the filing fee or apply for leave to proceed in forma pauperis, and (2) file

19   an amended complaint deleting class action claims and alleging only his individual claims.

20            An inmate seeking an extension of time to comply with a court order must deliver

21   his request to jail or prison officials for mailing on or before the deadline for compliance with the

22   order.  Plaintiff was required to comply with the November 20, 2006 order within thirty days,

23   plus three since the order was served by mail.  Plaintiff's motion is dated January 2, 2007, ten

24   days after the December 23, 2006 deadline.  Subsequent untimely requests may be denied.

25            By his unsigned motion, plaintiff seeks an extension to March 2, 2007, on the

26   ground that he is "in court with a criminal case."  Plaintiff does not state that he is currently in

                                                 1

1    trial, does not declare that he is representing himself, and does not explain why he has not

2    arranged for payment of the filing fee or prepared and processed an in forma pauperis

3    application.  He does not explain why he will need more than three months to rewrite his

4    complaint on the form provided by the court, alleging only his individual claims.

5              The court finds that plaintiff has not shown good cause for a delay of more than

6    five months to submit the filing fee or in forma pauperis application that should have

7    accompanied the complaint filed September 18, 2006.  Nor has plaintiff shown a need for three

8    months to file an amended complaint.  Plaintiff will be granted a two-month extension of time

9    from his December 23, 2006 deadline for complying with the November 20, 2006 order.

10             IT IS ORDERED that:

11             1.  Plaintiff's January 4, 2007 motion for extension of time is granted in part;

12             2.  Plaintiff is granted an extension of time to February 23, 2007, in which to

13   submit the $350.00 filing fee or a properly completed in forma pauperis application on the form

14   previously provided by this court; the court does not intend to grant a further extension of time

15   for this purpose; and

16             3.  Plaintiff is granted an extension of time to February 23, 2007, in which to file

17   an amended complaint on the form previously provided by this court; the court will not grant a

18   further extension of time for this purpose absent a detailed declaration under penalty of perjury

19   showing good cause for a further extension.

20   DATED: January 9, 2007.

21

22                                          _____

23                                          DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

24   DAD:13:bb
     perr2070.36
25

26

                                            2